

Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio

★   ★   ★   ★   ★   ★

# MEMORANDUM OPINION

No. 04-08-00894-CV

## IN RE C.F. JORDAN, L.P. D/B/A JORDAN CONSTRUCTION SERVICES

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Catherine Stone, Justice
             Karen Angelini, Justice
             Phylis J. Speedlin, Justice

Delivered and Filed:   December 17, 2008

PETITION FOR WRIT OF MANDAMUS DENIED

On December 8, 2008, relator C.F. Jordan, L.P. d/b/a Jordan Construction Services ("Jordan") filed a petition for writ of mandamus, and a motion for emergency relief. The court has considered relator's petition and motion, along with the reply and appendix filed by the real party in interest, and is of the opinion that relator is not entitled to the relief sought. *See* TEX. R. APP. P. 52.8(a). Accordingly, relator's petition for writ of mandamus and motion for emergency relief are denied. *See* TEX. R. APP. P. 52.7(a), 52.8(a). Relator shall pay all costs incurred in this proceeding.

PER CURIAM

---

[1] This original proceeding arises out of Cause No. 2007-CI-08872, styled *Alamo Area Mutual Housing Association, Inc. v. Sage Architecture, Inc., C.F. Jordan, L.P. d/b/a Jordan Construction Services, et al.,* pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable John D. Gabriel presiding.